IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-22-5109-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1102081 |
| vs. | Location Code: M13 |
| PETER PAN, | ORDER |
| Defendant. | |

Based upon the United States' unopposed motion to accept the defendant's payment of a $70 fine and $30 processing fee for violation E1102081 (for a total of $100), and for good cause shown, **IT IS ORDERED** that the $100 fine paid by the defendant is accepted as a full adjudication of violation E1102081.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about September 30, 2022 is **QUASHED**.

DATED this 5th day of October, 2022.

_____
John Johnston
United States Magistrate Judge